No. 1110, Misc.   LEVINE v. COLGATE-PALMOLIVE Co.
ET AL.   C. A. 2d Cir.   Certiorari denied.

No. 1115, Misc.   SEIDLER v. UNITED STATES.   C. A.
7th Cir.   Certiorari denied.   *Marvin Juron* for petitioner.   *Solicitor General Griswold, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Kirby W. Patterson* for the United States.

No. 31, Misc.   FLOYD v. UNITED STATES.   C. A. 6th
Cir.   Certiorari denied.   MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.   MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition.   *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 42, Misc.   ALLEN v. MEIER ET AL.   C. A. 9th Cir.
Certiorari denied.   MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition.   *Solicitor General Marshall, Assistant Attorney General Vinson* and *Philip R. Monahan* for respondents.

No. 343, Misc.   BARNES v. UNITED STATES.   C. A. 5th
Cir.   Certiorari denied.   MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition.   *Solicitor General Griswold* for the United States.

No. 947, Misc.   BENNETT v. UNITED STATES.   C. A.
6th Cir.   Certiorari denied.   MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition.   *Solicitor General Griswold* for the United States.